

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IAN MURRAY SIMPSON,

Plaintiff,

6:22-CV-lele-CEM EJK

v. Case No. _____

UNITED STATES GOVERNMENT,

Defendants.

_____/

COMPLAINT FOR CRIMINAL AND CIVIL DAMAGES TO IAN MURRAY SIMPSON

INTRODUCTION

1. This tort claim is regarding both civil and criminal damages caused by employees of the United States Veterans Administration at Lake Nona, Florida and employees of the United States Government.

2.  Defendant Dr Amanda Elizabeth Gibson on or June 20, 2019 injected plainiff Ian Murray Simpson (herein know as Ian Simpson) right eye with Aflibercept, Bevacizum/Avastin and Ranibizumab/Lucentis without his written consent. Which led to plaintiff Ian Simpson going blind in his right eye on June 23, 2019. Plaintiff

-1-

Ian Simpson sues defendant Dr Amanda Elizabeth Gibson as an employee of the Veterans Administration at Lake Nona, FL for Medical Malpractice and being sued in her official capacity as a United States Government Employee.

3. Plaintiff Ian Murray Simpson on or about March 19, 2021 discovered that three consent forms were fabricated, forged and falsified by persons in the ophthalmology department at the Orlando VA-Lake Nona to cover up that students were operating (Cataract surgery) on plaintiff Ian Simpson on June 19 (left eye) 2018 and July 5 (right eye) 2018.  Additionally there was a 3rd document that was forged, falsified and fabricated for plaintiff Ian Simpson's July 25, 2019 Vitreoretinal operation on his right eye.  Plaintiff Ian Simpson's records show and will prove that there was a completely different set of employees involved in the real operation and the employees on the forged documents.  3 other patients in the Veterans Administration at Lake Nona (herein known as VA at Lake Nona) have no consent forms because they were falsified with plaintiff Ian Simpson's name and signature.

4. Additionally Plaintiff Ian Simpson will show that two appointments were falsified with defendant Dr Aman Sharma (1 appointment) and defendant Dr Saad A. Shaikh (1 appointment).  Plaintiff Ian Simpson only meet them once

-2-

on 24 of June 2019 .  Defendant Ian Simpson only talked to defendant Dr Saad A

Shaikh who told plaintiff Ian Simpson that he would be operating on him on July

25, 2019. That consent form was forged and does not mention defendant Dr Saad

A Shaikh on forged consent form, only defendant Dr Aman Sharma.  Plaintiff Ian

Simpson never talked to defendant Dr Aman Sharma on the 24 of June 2019.  This

points directly to who falsified the document and/or who had someone falsified

the documents for defendant Dr Saad A Shaikh

5. WHERE IT ALL STARTED:  MEDICAL MALPRACTICE, FORGERY, FALSIFYING AND

FABRICATION OF PLANTIFF IAN SIMPSON'S RECORDS.

THE SET UP TO CATARACT SURGERY BY  DEFENDANT DR SAAD SHAIKH-SO

STUDENTS COULD OPERATE ON PLAINTIFF IAN SIMPSON:

6. Plaintiff Ian M Simpson has reviewed his records and believes he was singled

out to receive cataract surgery when there was only minimal (right eye) reason to

do cataract surgery on his right eye.  Important Note:  Magurider Eye Institute

was the eye clinic that diagnosed plaintiff Ian M Simpson with cataracts in 2012,

not the VA.

7. Page 184 (Maybe different than evidence submitted on all pages numbers).  By

Ian David Rand December 12, 2016  "*pt. states experiences floaters, intermittent,  4-5 years, with occasional fashes (incorrect spelling) (flash burns) happens intermittent, pt. says they go away, history of flash burns   from welding years ago."  Ian Simpson never said this, he did not know what floaters were until his cataract surgery on his right eye in July 2918, because he had never had them. Plaintiff Ian Simpson did have flash burns in the military.  Page 185  "OCULAR HISTORY:  Early Cataracts" also on Page 18 (7).  Same page "Dilated Retinal Exam Results:  Abnormal Retinal exam findings:  Mod Non-Proliferative DM Ret."

8. Page 91.  By Shakira Olmo June 1, 2017.  "Pain level >4? N  Is the pain being managed by someone?  N/A  (non applicable-apply to all) VA Primary care provider to be alerted by addendum to the note.  N/A"  Statement contradicts itself and was never stated by plaintiff Ian Simpson.  Same page (and page 93) OCULAR HISTORY:  1. Early Cataracts OU  2. Dm with Mild NPDR OU  3.  Refractive Error OU".   Now added.  Page 94 by Defendant Margarita Diaz  Chief complaint 6 MOS FU.  No pain OU, near VA, getting worse.  +IDDM 151."  Contradicts Shakira Olmo statement of number 4 pain?

9. September 13 2017-By defendant Valerie Lerebours (also did cataract surgery on left eye as a student) Page 71 "CHIEF COMPLAINT:  Coming in for diabetic retinopathy evaluation.  Patient has no complaints with vision.  Last A1cof 8.5. Patient states he forgot his glasses today (because he did not need them-plaintiff).  OCULAR HISTORY 1.  Early Cataracts OU.  2.DM with Moderate NPDR OU without CSDME OD;  Borderline CSDME OS.  3.  Refractive Error OU."  Nothing has been done about number 2 in the left eye.  Page 72.  IMPRESSION AND PLAN:-Patient has good vision-R/B/A discussed regarding injections vs. laser in the future if edema and vision worsen, patient understands."  Page 73 All of a sudden the wording changes when defendant  Dr Saad Shaikh enters the picture and was never discussed with plaintiff Ian M Simpson.  "Patient advised to discuss changes with primary care provider ASAP.  N" What changes?  "Attending, Dr.  Shaikh is actively involved in the care and management of the patient and concurs with the assessment and plan.  Receipt Acknowledged By: 9/13/2017 14:49 (24 minutes after defendant Valerie Lerebours closed the record Defendant Dr Saad Shaikh heighten it to a major alert) "/es/ SAAD SHAIKH, M.D. Vitreoretinal Surgery".  On the forged consent form for the Vitreoretinal Surgery (note sentence above; it shows defendant Dr Saad Shaikhis a Vitreoretinal Surgery specialist)  on July 25,

2019  defendant Dr Saad Shaikh would get his name taken off the forged consent

form (but not in plaintiff Ian Simpson record, which could not be falsify) and

replaced with defendant Dr Aman Sharma on July 5, 2019 consent form (forged).

10.  See paragraph 9.  This point the finger at who forged the consent forms.  Who

started the ball rolling on operating on plaintiff Ian Simpson.   "Patient has no

complaints with vision"  PATIENT.  IMPRESSION AND PLAN:-Patient has good

vision-R/B/A discussed regarding injections vs. laser in the future if edema and

vision worsen, patient understands."  VALERIE LEBEBOURS.  "Patient advised to

discuss changes with primary care provider ASAP.  N"  DR SAAD SHAIKH

11. Plaintiff Ian M Simpson discovered on or about March 19, 2021 that there was

a fake appointment with defendant Dr Saad Shaikh on November 1, 2019.  First of

all plaintiff Ian Simpson had only meet defendant Dr Saad Shaikh once on June 24,

2019.  The notation in Ian Simpson record said I meet him "in person" (November

1, 2019)   Plaintiff Ian Simpson was at a Qi Gong class at Lake Baldwin VA (not

Lake Nona VA-13 miles away) The class had been changed from 10 am to 3 pm.

Plaintiff Ian Simpson also had a second appointment at Lake Baldwin that

morning.  Verifiable by Grace Stehle the instructor of the Qi Gong class who knew

plaintiff Ian Simpson had stayed there all day. Plaintiff Ian M Simpson was at the

Qi Gong class, which requires a "sign in" to the class.   This information was the

first clue that something was wrong with my record.

12. CRIMINAL CHARGES TO COVER-UP WHO WAS OPERATING ON PLAINTIFF IAN

SIMPSON BY FORGERING, FALIFYING AND FABRICATING PLAINTIFF IAN SIMPSON'S

RECORDS

13.  § 20.510 Fraud or false statements in a Government matter.  Plaintiff Ian

Simpson discovered on or after  March 19, 2021 that 3 of the consent forms (June

19, 2018, July 5, 2018 and July 25, 2019) were missing and changed to 3 other

dates (not the real dates).  Which means 3 other persons consent forms are not in

their record.  Plaintiff Ian Simpson has no real consent forms on the day plaintiff

Ian Simpson was operated on (June 19, 2018, July 5, 2018 and July 25, 2019).  This

means there is NO CONSENT FORM SIGNED BY PLAINTIFF IAN SIMPSON (making it

a total of 4 consent form not in plaintiff Ian Simpson record.  Defendant Dr

Amanda E Gibson deliberately did not take consent form on June 20, 2019; none

for June 19, 2018 (cataract surgery left eye), July 5, 2018 (cataract surgery right

eye) and July 25, 2019 (Vitreoretinal Surgery)?  This points directly to defendant

Dr Saad Shaikh who name is not on the Vitreoretinal Surgery (his specialty) on July

25, 2019 (when his name is in my record for the real surgery date) on July 25,

2019.  The person on the real surgeries on June 19 and July 5, 2018 were done by

students, the forged consent forms have multiple doctors present (as witnesses).

14. Plaintiff Ian Simpson sues employees of the United States of America under

Medical Malpractice.   § 20.510 Fraud or false statements in a Government

matter-multiple counts of forgery, fraud and falsifying Government Records.

Defendants Dr Saad Shaikh and Dr Aman Sharma are being sued in their official

capacity as United States Government Employees.

15. Defendants Dr Naazi Shaikh,  Dr Saad Shaikh and Dr Aman Sharma refused

treatment and appointments multiple times in plaintiff Ian Simpson record and

once through email between patients advocate and defendant Dr Aman Sharma.

Plaintiff Ian Simpson left appointment on October 31, 2019 without an

appointment, receptionist said they would call him back.   Plaintiff Ian Simpson

appointment problems starting here.  Plaintiff Ian Simpson would go to the

Ophthalmology department and was told they would call plaintiff Ian Simpson

back, multiple times and  never did.  Multiple calls to the Ophthalmology

Department went unanswered.  In the early part of 2020 Ian Simpson talked to

Frank in the appointments department who said he would set-up an appointment

-8-

with defendant Dr Saad Shaikh for May of 2020.  The appointment was with a resident who did nothing but pass along a message that Ian Simpson wanted out of the VA.  The same thing would happened a year later, May 2021. Meanwhile Ian M Simpson was going blind in left eye.   5 times Plaintiff Ian Simpson attempted to see the Directors of the Orlando VA Timothy Liezert and Timothy J Cooke (now defendants).  3 times Plaintiff Ian Simpson was taken by patient advocates from executive office to patient advocate office.  Additionally (twice) plaintiff Ian M Simpson sat outside the executive office for over an hour.  First time a lady stated defendant Timothy J Cooke (after an hour wait) was not there and the other time plaintiff Ian Simpson left after an hour.  First visit to executive office was June 24, 2019, day after plaintiff Ian Simpson was blinded and was turned over to patient advocate's office, requiring plaintiff Ian Simpson to walk across the building (just blinded).    Plaintiff Ian Simpson also ask defendant Damon Perkins to have defendant Timothy J Cooke call him after filing standard form 95 at the risk management office on May 21, 2021 .  Plaintiff Ian Simpson also believes this was an attempt to create a situation where plaintiff Ian Simpson would become a security risk by the Orlando VA, so the VA could deny him benefits.

-9-

16. Plaintiff Ian Simpson sues employees of the United States of America for multiple accounts of Medical Malpractice defendants Dr Naazi Shaikh, Dr Saad Shaikh and Dr Aman Sharma are being sued in their official capacity as United States Government employees. In addition plaintiff Ian Simpson is sues defendants Timothy Liezert and Timothy J Cooke as Director of the Orlando VA for ignoring Medical Malpractice; in addition plaintiff Ian Simpson is suing Timothy J Cooke (Director of VA Lake Nona) and Damon Perkins (Risk Management) for knowledge of United States Government employees (§ 20.510 Fraud or false statements in a Government matter) forging, falsifying and fabricating plaintiff Ian Simpson's medical records.

17. Plaintiff Ian Simpson sues employees of the United States of America for knowledge of medical malpractice and crimes being committed by federal employees. Defendants Ellen Hasting (GS14 Pensacola, FL and defendant Annie King) had knowledge that medical malpractice and criminal offences had been committed at Orlando VA. Defendant Amanda Mumby (Privacy Officer Orlando VA has stalled and request more and more information to establish when forgeries were committed. Then sent Ian Simpson an $11,000.00 bill.

-10-

## JURISDICTION AND VENUE

18. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1346, and 1361 and 5 U.S.C. §§ 702–03.

19.  Jurisdiction and laws are partially under State Law and Federal Law

20. Venue lies in this district pursuant to 28 U.S.C. § 1391(e)(1) because the State of Florida is the resident of this judicial district. Venue lies in

this district under that provision for the independent reason that a substantial

part of the events or omissions giving rise to the claim occurred in this judicial

district-Orlando is the home of the Orlando Veterans Administration, Lake Nona,

Orlando, FL where events occurred.

## FACTUAL BACKGROUND

Plaintiff Ian Murray Simpson is a United States Navy Veteran who was Honorably Discharged three times.  Plaintiff Ian Simpson is currently enrolled in Orlando VA medical program.

21. Ian Simpson has the following disabilities of which he is paid compensation from the Veterans Administration for hearing loss, tinnitus, PTSD and sleep apnea due to asbestosis.  He also has pulmonary hypertension, ascending aorta aneurysm, a diabetic (since 2008) and now blind in the right eye.  Four

Ophthalmology Doctors (not students) (4 secondary opinions from Central Florida

Retina, Vision Health Institute, Florida Retina and Magurder Eye Institude)  stating

that plaintiff Ian Simpson has a good chance of going blind in left eye due to

Macular Degeneration or Sympathetic Ophthalmia (SO) or both.  Plaintiff Ian

Simpson has been refused treatment since July 25, 2019 for the above conditions

which are note in plaintiff Ian Simpson's VA record by Orlando VA employees.

Both conditions can cause plaintiff Ian Simpson to go blind in left eye (good eye)

22. Defendants Dr Saad Shaikh, Dr Naazri Shaikh, Dr Aman Sharma refused to

allow Ian Simpson out of the Veterans Administration.  Refused to make

appointments and refused to provide any medical care in or out of the VA for over

two years.  The above doctors also refused to fill prescriptions for eye drops on

multiple occasions.   Dr Naazri Shaikh has violated the Mission Act by multiple

requests to be sent out of the Orlando Veterans Administration.      .

23. Director Timothy W. Liezert (Director of Orlando VA until 2020), Director

Timothy Cooke (2020-) failure to provide service to Veteran,   Ellen Hastings (had

information for almost 8 months) and Damon Perkins (had information for almost

8 months) knew there was criminal actions being committed at the Orlando VA

but said nothing, did nothing and allowed more crimes to be committed

Examples *United States v. Bank of New England, N.A., United States v. Jewell etc.*

24. The United States Inspector General for the Veterans Administration and White House (may still be under investigation) have done nothing about the criminal charges.  Yet the Colorado Springs and Ft Collins CO Veterans Administration in 2014 were instructed employees how to falsify records. Cathedral Henderson a former employee of the Augusta GA Veterans Administration was sentenced to 5 years in prison for falsifying hundreds of records in 2018. Enrique Martinez falsifying records in Florida VA convict in 2016 The reason they got away with it is because no one said anything about it like defendant Ellen Hastings and defendant Damon Perkins. See line 23.

25. Plaintiff Ian Simpson has only highlighted a small portion of the massive problems he has had with the Orlando VA.  But  there is an additional problem that was highly contagious and life treating as a result of defendant Dr Saad Shaihk Vitreoretinal operation that he allowed students to perform.

26. Cellulitis Foot infection due to Vitreoretinal Surgery from July 25, 2019 (which defendant Dr Saad Shakh got his name remove from on forged consent forms). Plaintiff Ian Simpson would like to show or establish that the Orlando VA Podiatry Department was at fault for improper procedures to cure a cellulitis infection.

-13-

This infection last for over a year and progressively got worse because the

Podiatry department continued to re-infecting the wound by tearing it open.

27.  The podiatry department also labeled the infection as a diabetic ulcer instead

of a cellulitis foot infection.  This infection (in plainiff Ian Simpson VA record) was

originally a cellulitis foot infection, than a diabetic ulcer, than both,  which

plaintiff Ian Simpson had to constantly remind the podiatry department that it

was a cellulitis foot infection?  Plaintiff Ian Simpson finally went outside the

Orlando VA a year later to get it cured?

28.  What complicated the Vitreoretinal Surgery and the cellulitis foot infection

was that defendant Dr Saad Shakh left the vitreoretinal sac in the right eye which

was suppose to be taken out in 2 to 3 months.  This medical malpractice could

have caused the cellulitis foot infection to get worse.

CLAIMS

COUNT 1

Orlando VA and its employees actions are not in accordance

with the laws of the United States and the State of Florida, their employees have

excided their authority by falsifying and forging records.  Overseers that are

-14-

required to protect the VA from tort claims and criminal charges have completely ignored procedure and the laws that require government employees to report crimes to their superiors or law enforcement.  Medical malpractice is rampant in the Ophthalmology department which are using United States veterans, to teach students and to use them as guinea pigs without supervision.  Additionally in the case of  plaintiff  Ian Simpson at least to operation and procedures were done plaintiff Ian Simpson without any supervision.

Defendant Timothy Liezert Former Director of the VA at Lake Nona

Defendant Timothy Cooke Director of the VA at Lake Nona, FL

Defendant Ellen Hastings, Pensacola, FL

Defendant Annie King, Pensacola, FL

Defendant Damon Perkins

Damages:  $100,000.00

 COUNT 2

Blinding Ian Murray Simpson in Right Eye by Dr Amanda Elizabeth Gibson (a Veterans Employee) without his consent.

Dr Amanda Elizabeth Gibson employee of the Orlando Veterans Administration on

June 20, 2019 gave Ian Murray Simpson a series of intravitreal injections without his consent.  On June 23, 2019 Resident Christina Lopez-Beauchamp without supervision administered a series of shots to Ian Murray Simpson's right eye to stop a massive infection started by the shots administered by Dr Amanda Elizabeth Gibson on June 20, 2019 without consent.

Defendant Dr Amanda Elizabeth Gibson

Damages $200,000.00

COUNT 3

Vitrectomy Surgery which led to Staphylococcus (Cellulitis)  Bacterial Infection from July 2019 to March 2021.

Vitrectomy Surgery was conducted on July 25, 2019 with Dr. Saad Shaikh as the Assistant Surgeon (see forged documents for this surgery, this is why and is not verified that he was there).  This surgery led to staphylococcus bacterial infection caused by July 25, 2019 Vitrectomy Surgery.  This infection was ignored by the Orlando VA hospital for 3 weeks, when Ian Murray Simpson had to finally go to the emergency room.  This infection finally cleared up in March of 2021.

Defendant Dr. Saad Shaikh

Defendant Podiatry Department at the Orlando VA at Lake Nona, FLDamages

$200,000.00

COUNT 4

Emotional and Philological Damages:

This is a perfect example how the Orlando Veteran Administration works.  Refusal of the patient advocates (5 visits) students, doctors and the executive office (5 visits, sent to patients advocates) to resolve identify and solve problems.  Instead the Orlando VA fabricates, falsify and forge veteran's records after they are caught.  The problems caused by the loss of Ian Murray Simpson's right eye have been compounded by severe infractions of the code of ethics of the medical profession.  To name only one; allowing students to teach students instead of doctors teaching students. Then covering up all the way to the top.

Defendant Timothy Liezert

Defendant Timothy Cooke

**Defendant Saad A Shaihk**

**Defendant Naazri Shaik**

**Defendant Aman Sharma**

**Podiatry Department-Orlando VA at Lake Nona, FL**

**Damages $300,000.00**

**COUNT 5**

**Fabrication, falsifying and forging Ian Murray Simpson's record.**

**Fabrication, falsifying and forging Ian Murray Simpson's record and three other person's by Doctors of the Ophthalmology Department.**

**Defendant Dr Saad Shaikh**

**Defendant Naazri Shaikh**

**Defendant Aman Sharma**

**Damages $100,000.00**

-18-

COUNT 6

Defendant Dr Naazri Shaikh deliberate violated the Mission act and caused

serious eye damage to plaintiff Ian Simpson.  This is Medical Malpractice. There

are repeated request by plaintiff Ian Simpson record that show that he should

have been transfer to Community Care because he was not being treated by the

Orlando VA.  This has also caused severe mental and emotional distress.  Loss of

enjoyment of life.

Damages:  $250,000.00

PRAYER FOR RELIEF

- For these reasons Ian Murray Simpson asks the Court to:

- Reimbursement of all investigational fee, including service of defendants,

  copying fee, postage, stationary and out-of-pocket expenses, etc...

- Any damages not listed in this lawsuit from the United States of America.

  Example:  Such-as failure to provide medical service for plaintiff Ian Simpson

  vision for over two years in violation of the Mission Act by Dr Naazri Shaikh,

- -19-

at the Orlando VA at Lake Nona, FL

- Order the Inspector General of the Veterans Aministration (Florida and the United States) to investigate the unsupervised use of students to operate on veterans.  And to stop the use of students supervising students in medical operations.   See order below

- A judgment in favor of the plaintiff on all of the causes of action in the complaint.  See above Damages.

- Additionally punitive damages.

-  Actual damages as stated above

- Lastly, any other relief that the court may deems fair and proper.

**ORDER**

a) Ask appropriate jurisdictions to enforce criminal actions on defendents Dr Saad A Shaikh, Dr Naazri Shaikh, Dr Aman Sharma, Timothy Cooke, Damon Perkins, Ellen Hastings and Amanda Mumby.

b) Ask Professional Standards to enforce ethical violations against Dr Saad S Shaikh, Dr, Naazri Shaikh and Dr Aman Sharma regarding violations of Federal and State Laws.  Malpractice and deliberately causing injury to plaintiff Ian M

-20-

Simpson.

a) Ask appropriate jurisdictions to enforce criminal actions on defendents Dr Saad

A Shaikh, Dr Naazri Shaikh, Dr Aman Sharma, Timothy Cooke, Damon Perkins,

Ellen Hastings and Amanda Mumby.

b) Ask Professional Standards to enforce ethical violations against Dr Saad S

Shaikh, Dr, Naazri Shaikh and Dr Aman Sharma regarding violations of Federal and

State Laws.  Failure to honor the Mission Act, committing medical malpractice and

deliberately causing injury to plaintiff Ian M Simpson.

Respectfully submitted,

Ian Murray Simpson,        1/14/2022

Pro se

1800 Arlington Street

Orlando, FL 32805-1321

(407) 422-8569 (Home)  (321) 276-8996 (Cell)

ian508322@gmail.com

-21-